An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: A.D.J., A MINOR,

DENISE J.; TONY D. J.; AND
MATHINA WARREN,
Appellants,
vs.
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES,
Respondent.

No. 65911

**FILED**

AUG 2 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 23, 2014, this court issued a notice directing appellants to file, within ten days, the case appeal statement required by NRAP 3(f), which was overdue. The notice cautioned appellants that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. To date, appellants have not filed the case appeal statement or otherwise responded to our notice. The transcript request form and docketing statement are also overdue. NRAP 9; NRAP 14. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-28020

cc: Hon. Robert Teuton, District Judge, Family Court Division
Law Offices of Mitchell Posin, Chtd.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2